UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No.   5:22–cv–00941–MWF–KK          Date          January 18, 2023

Title          ERIKA MALDONADO V. MERCEDES–BENZ USA, LLC

PRESENT:  THE HONORABLE  MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

|  Rita Sanchez  | Not Reported; |
|---|---|
| Courtroom Deputy | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):  COURT ORDER**

      In light of the Notice of Settlement filed 1/17/2023, the Court sets a hearing on Order To Show Cause Re Dismissal for April 24, 2023 at 11:30 AM. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other hearings and deadlines are hereby vacated.

      **IT IS SO ORDERED.**

                                                                                      Initials of Clerk:  rs