JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKA MALDONADO, an individual,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | Case No: 5:22-cv-00941-MWF(KKx)<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL** |

Based on the parties' Stipulation of Dismissal (Docket No. 24), and for good cause shown, the Stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice, each side to bear its own costs and attorney's fees.

**IT IS SO ORDERED.**

Dated: April 7, 2023

　　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　　United States District Judge